
**NOT FOR PUBLICATION**

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| ESTATE OF FERNANDO SAUCEDA; et al., | No. 15-17518 |
| Plaintiffs-Appellees, | D.C. No. 2:11-cv-02116-GMN-NJK |
| v. | |
| CITY OF NORTH LAS VEGAS and NORTH LAS VEGAS POLICE DEPARTMENT, | ORDER* |
| Defendants, | |
| and | |
| JEFFREY POLLARD, | |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Gloria M. Navarro, Chief Judge, Presiding

Submitted January 9, 2017**
San Francisco, California

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: WALLACE, CLIFTON, and M. SMITH, Circuit Judges.

The district court's summary judgment orders are VACATED and the case is REMANDED to the district court so that the court can consider the summary judgment issues in light of *County of Los Angeles v. Mendez*, 137 S.Ct. 1539 (2017).

Each party shall bear its own costs on appeal.

**VACATED and REMANDED.**